■ MARY W. REDMOND et al., Respondents, v. STATEN ISLAND HOSPITAL, Appellant.— In an action to recover damages for personal injuries, and for medical expenses and loss of services, the appeal is from a judgment, entered upon a jury's verdict, in favor of respondents. Respondent Mary W. Redmond was injured when she fell from an entrance platform into a gully which was directly in front of, and about two feet below, the platform. Judgment unani-

mously affirmed, with costs. There was sufficient credible evidence to raise a question of fact for the jury. In our opinion the error, if any, in a hypothetical question put to respondents' architect and the error, if any, in the charge to the jury, did not affect or prejudice any substantial right of the appellant; therefore such errors must be disregarded (Civ. Prac. Act, § 106). Present — Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ.